IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| RJG RETIREMENT SERVICES, INC<br>*Plaintiff,* | § § § | |
| VS. | § § | Civil Action No. 7:21-CV-00262 |
| OHIO SECURITY INSURANCE COMPANY<br>*Defendant.* | § § § | |

## JOINT NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF THIS COURT:

The Parties hereby advise the Court that they have settled this matter and are working on exchange of settlement documentation and funding. The parties respectfully ask that all deadline and settings in this case be cancelled and request 60 days to submit dismissal documents.

Respectfully submitted,

*/s/ Victor Rodriguez*
Victor Rodriguez
S.D. Tex. Bar No. 562260
**VICTOR RODRIGUEZ LAW FIRM PLLC**
121 N. 10th Street
McAllen, Texas 78501
Telephone: (956) 253-3121
victor@vrodriguezlaw.com

*/s/ Omar Ochoa*
Omar Ochoa
S.D. Tex. Bar No. 2081960
**OMAR OCHOA LAW FIRM PC**
121 N. 10th Street
McAllen, Texas 78501
Telephone: (956) 253-3121
oochoa@omarochoalaw.com

**ATTORNEYS FOR PLAINTIFF**

*Attorneys for Plaintiff*


/s *Roland Ramos* (with permission)
David R. Stephens
State Bar No. 19146100
*Attorney-in-Charge*
Roland D. Ramos
State Bar No. 24096362
**LINDOW STEPHENS SCHULTZ LLP**
One Riverwalk Place
700 N. St. Mary's Street, Suite 1700
San Antonio, Texas 78205

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

On February 8, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties and counsel of record.


*/s Victor Rodriguez*
Victor Rodriguez