Case 7:21-cv-00262   Document 28   Filed on 03/02/23 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
March 02, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| RJG RETIREMENT SERVICES, INC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:21-CV-00262 |
| | § | |
| OHIO SECURITY INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

Now before the Court is the Parties' Joint Stipulation of Dismissal With Prejudice. (Dkt. No. 26). After reviewing the Stipulation, the Court finds that it complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

It is, therefore, **ORDERED** that:

1. All of Plaintiff RJG Retirement Services, Inc.'s claims against Defendant Ohio Security Insurance Company are **DISMISSED WITH PREJUDICE**;

2. All expenses and costs of court will be paid by the party incurring the same; and

3. The Clerk is directed to close this case.

SO ORDERED March 2, 2023, at McAllen, Texas.

*/s/ Randy Crane*
Randy Crane
Chief United States District Judge